UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on January 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PAMELA & JERRY LOFFREDO

Case No.: 17-21280

Hearing Date: _____

Judge: Michael B Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 24, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a fee of $ _____600.00_____ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*. The allowance shall be payable:

☑    Through the chapter 13 plan as an administrative priority.

❏    Outside the plan.

Local Form 14; revised May 23, 2002

United States Bankruptcy Court
District of New Jersey

In re:  
Pamela Loffredo  
Jerry Loffredo  
    Debtors

Case No. 17-21280-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 24, 2018  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2018.  
db/jdb        Pamela Loffredo,   Jerry Loffredo,   363 Dogwood Drive,   Brick, NJ 08723-5982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2018 at the address(es) listed below:  
           Albert Russo   docs@russotrustee.com  
           Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor  
            in interest to Bank of America, National Association, as Trustee, Successor by merger to LaSalle  
            Bank National Association), as Trustee for Morgan dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           James J. Cerbone   on behalf of Joint Debtor Jerry  Loffredo cerbonelawfirm@aol.com  
           James J. Cerbone   on behalf of Debtor Pamela  Loffredo cerbonelawfirm@aol.com  
           Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank National Association, as Trustee,  
            successor in interest to Bank of America, National Association, as Trustee, Successor by merger  
            to LaSalle Bank National Association), as Trustee for Morgan rsolarz@kmllawgroup.com  
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                             TOTAL: 6