Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  17−21280−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pamela Loffredo                                          Jerry Loffredo
   363 Dogwood Drive                             aka Gerard Loffredo
   Brick, NJ 08723−5982                         363 Dogwood Drive
                                                            Brick, NJ 08723−5982

Social Security No.:
   xxx−xx−4847                                                xxx−xx−9366

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/12/18 at 09:00 AM

to consider and act upon the following:

*32* − Creditor's Certification of Default (related document:18 Motion for Relief from Stay re: 363 Dogwood Drive, Brick, NJ, 08723. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, Successor by merger to LaSalle Bank National Association), as Trustee for Morgan, 25 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, Successor by merger to LaSalle Bank National Association), as Trustee for Morgan. Objection deadline is 05/9/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 5/10/18

                                                                        Jeanne Naughton
                                                                         Clerk, U.S. Bankruptcy Court