Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−21280−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Pamela Loffredo
363 Dogwood Drive
Brick, NJ 08723−5982

Jerry Loffredo
aka Gerard Loffredo
363 Dogwood Drive
Brick, NJ 08723−5982

Social Security No.:
xxx−xx−4847

xxx−xx−9366

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/12/18 at 09:00 AM

to consider and act upon the following:

*32* − Creditor's Certification of Default (related document:18 Motion for Relief from Stay re: 363 Dogwood Drive, Brick, NJ, 08723. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, Successor by merger to LaSalle Bank National Association), as Trustee for Morgan, 25 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, Successor by merger to LaSalle Bank National Association), as Trustee for Morgan. Objection deadline is 05/9/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 5/10/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Pamela Loffredo  
Jerry Loffredo  
    Debtors

Case No. 17-21280-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: May 10, 2018  
                     Form ID: ntchrgbk  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.  
db/jdb       Pamela Loffredo,   Jerry Loffredo,   363 Dogwood Drive,   Brick, NJ 08723-5982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:  
        Albert Russo   docs@russotrustee.com  
        Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, Successor by merger to LaSalle Bank National Association), as Trustee for Morgan dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        James J. Cerbone   on behalf of Joint Debtor Jerry  Loffredo cerbonelawfirm@aol.com  
        James J. Cerbone   on behalf of Debtor Pamela  Loffredo cerbonelawfirm@aol.com  
        Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, Successor by merger to LaSalle Bank National Association), as Trustee for Morgan rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                    TOTAL: 6