Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–21280–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Pamela Loffredo
363 Dogwood Drive
Brick, NJ 08723–5982

Jerry Loffredo
aka Gerard Loffredo
363 Dogwood Drive
Brick, NJ 08723–5982

Social Security No.:
  xxx–xx–4847

  xxx–xx–9366

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 13, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 14, 2018
JAN: bwj

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                       Case No. 17-21280-MBK
Pamela Loffredo                                              Chapter 13
Jerry Loffredo
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3      Date Rcvd: Nov 14, 2018
                              Form ID: 148             Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db/jdb          Pamela Loffredo,    Jerry Loffredo,    363 Dogwood Drive,    Brick, NJ 08723-5982
516859966      +AR Resources Inc,    PO Box 1056,    Blue Bell, PA 19422-0287
516859962      +Alert Ambulance,    PO Box 192,    Brick, NJ 08723-0192
516859965       Apogee Physicians of New Jersey,    PO Box 708640,    Sandy, UT 84070-8640
516859974       BHMG-CJBH,    PO Box 826796,    Philadelphia, PA 19182-6796
516859969       Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
516859971       Bayside Orthopedics LLC,    780 Route 37 West Ste 330,    Toms River, NJ 08755-5064
516859975      +Brick Women's Physicians, PC,    1140 Burnt Tavern Road, Suite 2A,    Brick, NJ 08724-1496
516859976      +Brielle Orthopedics,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
516859984      +CCC&B,    PO Box 336,    Raritan, NJ 08869-0336
516859973     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:     Best Buy,    PO Box 183195,    Columbus, OH 43218)
516859987       Celentano, Stadtmauer & Walentowicz,    PO Box 2594,    Clifton, NJ 07015-2594
516859988       Center for Pain Control,    Attn: Bureau of Accounts,    PO Box 538,   Howell, NJ 07731-0538
517130137       Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
516859996      +FMA Alliance, LTD,    12339 Cutten Road,    Houston, TX 77066-1807
516859995       First Savings Credit Card,    PO Box 2509,    Omaha, NE 68103-2509
516859997       Gabrielle P Jasper MD,    74 Brick Blvd,    Building 3 Suite 124,    Brick, NJ 08723-7984
516859999      +Glass Mountain Capital LLC,    1930 Thoreau Drive, Ste 100,    Schaumburg, IL 60173-4179
516860003      +JH Portfolio Debt Equities,    Attn: D & A Services,    1400 E Touhy AvenuSe Ste G2,
                Des Plaines, IL 60018-3338
516860000       Jersey Shore Anestheisology Associates,    PO Box 307,    Neptune, NJ 07754-0307
516860001       Jersey Shore University Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517111595       Jersey Shore University Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                1035 Route 46 East, P.O. Box 2594,    Clifton, NJ 07015-2594
516860004       John A Infantolino, MD PC,    5 Princeton Avenue,    Brick, NJ 08724-3515
516860008      +LVNV Funding LLC,    Attn: Alltran Financial LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
516860017    ++++MIDLAND FUNDING,    ATTN: AMANDA PEREZ,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ 07102-5415
               (address filed with court:     Midland Funding,    Attn: Amanda Perez,   1037 Raymond Blvd Ste 710,
                Newark, NJ 07102)
516860011      +Meridian Medical Group-Speciality,    Attn: 1080,    PO Box 416693,    Boston, MA 02241-6693
516860012       Meridian OB/Gyn Associates,    PO Box 416824,    Boston, MA 02241-6824
516860013       Michael Harrison,    3155 State Route 10,    Suite 214,    Denville, NJ 07834-3430
516860019      +NJ E-Zpass Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
516903442      +New Jersey Turnpike Authority,    Mark Schneider,    581 Main St POB 5042,
                Woodbridge, NJ 07095-5042
516860020      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
517111642       Ocean Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                1035 Route 46 East, P.O. Box 2594,    Clifton, NJ 07015-2594
516860023       Ocean Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
516860025      +Ocean Perioperative Cons,    PO Box 366,    Manasquan, NJ 08736-0366
516860026       Phoenix Financial Services,    PO Box 361450,    Indianapolis, IN 46236-1450
516860027      +Pluese Becker & Saltzman,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516860028       Point Pleasant Radiology,    PO Box 6750,    Portsmouth, NH 03802-6750
516860029       Point Pleasant-Brick Radiology,    PO Box 3131,    Point Pleasant Beach, NJ 08742-6131
516860030       Preferred Behavioral Health,    700 Airport Road,    Lakewood, NJ 08701-5907
516860031     #+Progressive Financial Services, Inc,    1919 West Fairmont Drive, Building 8,
                Tempe, AZ 85282-3183
516860032       Riverview Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517341957      +Specialized Loan Servicing,    8742 Lucent Boulevard,    Highlands Ranch, CO 80129-2386
516860033      +Specialized Loan Servicing,    8742 Lucent Boulevard,    Littleton, CO 80129-2386
516860037      +Ted L. Freeman Do PC,    186 Jack Martin Blvd,    Suite B1,    Brick, NJ 08724-7728
516860038       Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
516860039      +Township of Brick,    PO Box 949,    Matawan, NJ 07747-0949
516860040       Trans-Continental,    PO Box 5055,    White Plains, NY 10602-5055
516860045      +Two River Physician Associates,    66 West Gilbert Street,    Red Bank, NJ 07701-4947
516911657      +U.S. Bank National Association, Trustee (See 410),    C/O Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516860046       University Radiology Group,    PO Box 1075,    East Brunswick, NJ 08816-1075
516860047       Valeo Behaviorial Health,    2911 Route 88 Suite E8,    Point Pleasant Beach, NJ 08742-2871
516860048       Wakefield & Associates,    PO Box 50250,    Knoxville, TN 37950-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 01:45:31      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 01:45:27      United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516859967       EDI: ARSN.COM Nov 15 2018 05:48:00      ARS National Services,    PO Box 469100,
                Escondido, CA 92046-9100
516859963      +EDI: ALLIANCEONE.COM Nov 15 2018 05:43:00      AllianceOne Receivables Management,
                4850 Street Road Suite 300,    Feasterville Trevose, PA 19053-6643
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Nov 14, 2018
                              Form ID: 148             Total Noticed: 84


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516859972      E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Nov 15 2018 01:46:17     Behavioral Health,
               PO Box 416765,   Boston, MA 02241-6765
516859977     +EDI: CAPITALONE.COM Nov 15 2018 05:48:00      Capital One Bank,   PO Box 71083,
               Charlotte, NC 28272-1083
516967653      EDI: BL-BECKET.COM Nov 15 2018 05:48:00      Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
516859989      EDI: WFNNB.COM Nov 15 2018 05:48:00      Comenity Bank,   PO Box 182125,
               Columbus, OH 43218-2125
516897148     +E-mail/Text: bncmail@w-legal.com Nov 15 2018 01:45:43     Comenity Capital Bank/Paypal Credit,
               c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516859992     +EDI: CONVERGENT.COM Nov 15 2018 05:48:00      Convergent Outsourcing,   800SW 39th Street,
               PO Box 9004,   Renton, WA 98057-9004
516859993     +EDI: RCSFNBMARIN.COM Nov 15 2018 05:48:00      Credit One Bank,   PO Box 98875,
               Las Vegas, NV 89193-8875
516859994      E-mail/Text: patient.billing@drugscan.com Nov 15 2018 01:46:18     Drugscan,   PO Box 347,
               Horsham, PA 19044-0347
516859998      EDI: BLUESTEM Nov 15 2018 05:48:00      Gettington.com,   PO Box 166,   Newark, NJ 07101-0166
516860002     +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Nov 15 2018 01:46:48
               JH Portfolio Debt Equities,   5757 Phantom Drive Suite 225,    Hazelwood, MO 63042-2429
516860005      EDI: CBSKOHLS.COM Nov 15 2018 05:48:00      Kohls,   PO Box 2893,   Milwaukee, WI 53201-2983
516860006     +EDI: LTDFINANCIAL.COM Nov 15 2018 05:48:00      LTD Financial Servicies,
               7322 Southwest Freeway Suite 1600,   Houston, TX 77074-2134
516860007     +EDI: RESURGENT.COM Nov 15 2018 05:48:00      LVNV Funding LLC,   PO Box 10497,
               Greenville, SC 29603-0497
517128210      EDI: RESURGENT.COM Nov 15 2018 05:48:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
               P O Box 10675,   Greenville, SC 29603-0675
517064534      EDI: RESURGENT.COM Nov 15 2018 05:48:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Santander Consumer USA,   Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517110037     +EDI: MID8.COM Nov 15 2018 05:48:00      MIDLAND FUNDING LLC,   PO Box 2011,
               Warren, MI 48090-2011
516860009      E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Nov 15 2018 01:46:16
               Meridian Health PT Payment,   PO Box 417140,    Boston, MA 02241-7140
516860014     +EDI: MID8.COM Nov 15 2018 05:48:00      Midland Credit Management,   2365 Northside Drive,
               Suite 300,   San Diego, CA 92108-2709
516860016     +EDI: MID8.COM Nov 15 2018 05:48:00      Midland Funding,   Attn: Midland Credit Management,
               PO Box 2121,   Warren, MI 48090-2121
516860018      E-mail/Text: ebn@rwjbh.org Nov 15 2018 01:45:59     Monmouth Medical Center,    PO Box 29962,
               New York, NY 10087-9962
516860021      E-mail/Text: OMCbankruptcy@hackensackmeridian.org Nov 15 2018 01:46:17     Ocean Medical Center,
               PO Box 417140,   Boston, MA 02241-7140
517084559      EDI: PRA.COM Nov 15 2018 05:48:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,   POB 41067,    Norfolk VA 23541
517084582      EDI: PRA.COM Nov 15 2018 05:48:00      Portfolio Recovery Associates, LLC,
               c/o Rcs Direct Marketing/Household Bank,    POB 41067,   Norfolk VA 23541
517064806      EDI: Q3G.COM Nov 15 2018 05:49:00      Quantum3 Group LLC as agent for,
               JH Portfolio Debt Equities LLC,   PO Box 788,    Kirkland, WA 98083-0788
516860035      EDI: RMSC.COM Nov 15 2018 05:48:00      SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
516860034     +E-mail/Text: bncnotices@stengerlaw.com Nov 15 2018 01:44:18     Stenger & Stenger,
               2618 East paris Avenue SE,   Grand Rapids, MI 49546-2458
516863818     +EDI: RMSC.COM Nov 15 2018 05:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
516860044     +E-mail/Text: bankruptcydepartment@tsico.com Nov 15 2018 01:46:19     Transworld Systems,
               507 Prudnetial Road,   Horsham, PA 19044-2308
                                                                                               TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516859968*     ARS National Services,   PO Box 469100,   Escondido, CA 92046-9100
516859964*    +AllianceOne Receivables Management,   4850 Street Road Suite 300,
               Feasterville Trevose, PA 19053-6643
516859970*     Barron Emergency Physicians,   PO Box 7418,   Philadelphia, PA 19101-7418
516859985*    +CCC&B,   PO Box 336,   Raritan, NJ 08869-0336
516859986*    +CCC&B,   PO Box 336,   Raritan, NJ 08869-0336
516859978*    +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
516859979*    +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
516859980*    +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
516859981*    +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
516859982*    +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
516859983*    +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
516859990*     Comenity Bank,   PO Box 182125,   Columbus, OH 43218-2125
516859991*     Comenity Bank,   PO Box 182125,   Columbus, OH 43218-2125
516860010*     Meridian Health PT Payment,   PO Box 417140,   Boston, MA 02241-7140
516860015*    +Midland Credit Management,   2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
516860022*     Ocean Medical Center,   PO Box 417140,   Boston, MA 02241-7140
516860024*     Ocean Medical Center,   PO Box 650292,   Dallas, TX 75265-0292
516860036*     SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
516860043*     Trans-Continental,   PO Box 5055,   White Plains, NY 10602-5055
516860041*     Trans-Continental,   PO Box 5055,   White Plains, NY 10602-5055
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Nov 14, 2018
                              Form ID: 148             Total Noticed: 84

             ***** BYPASSED RECIPIENTS (continued) *****
516860042*       Trans-Continental,    PO Box 5055,    White Plains, NY 10602-5055
517340258*      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                      TOTALS: 0, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, Successor by merger to LaSalle
               Bank National Association), as Trustee for Morgan dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Jerry   Loffredo cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Pamela   Loffredo cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, Successor by merger
               to LaSalle Bank National Association), as Trustee for Morgan rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```