Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–21280–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Pamela Loffredo
363 Dogwood Drive
Brick, NJ 08723–5982

Jerry Loffredo
aka Gerard Loffredo
363 Dogwood Drive
Brick, NJ 08723–5982

Social Security No.:
 xxx–xx–4847                                        xxx–xx–9366

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 28, 2019</u>                   <u>Michael B. Kaplan</u>
                                               Judge, United States Bankruptcy Court